*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★      ★ ★ ★



# MEMORANDUM OPINION

No. 04-10-00334-CV

**IN RE S.L.,** A Child

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed: June 2, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On April 30, 2010, relator filed a petition for writ of mandamus. Based on the record before us, we conclude relator has not established the trial court clearly abused its discretion. *See In re Dep't of Family & Protective Servs.*, 273 S.W.3d 637, 643 (Tex. 2009) (providing mandamus relief is proper to correct a clear abuse of discretion); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding). Accordingly, the petition for writ of mandamus is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-PA-00704, styled *In the Interest of S.L.L., A Child*, in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding. However, the order complained of was signed by the Honorable Associate Judge Richard Garcia, presiding judge of the Children's Court, Bexar County, Texas.